IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW,<br><br>              Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>              Defendant. | Civil Action No. 1:06-cv-243-JJF |

## MOTION FOR ADMISSION PRO HAC VICE OF ELENA D. MARCUSS

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Elena D. Marcuss, Esquire, to represent the Defendant, Xerox Corporation, in this matter.

ASHBY & GEDDES

/s/ Andrew D. Cordo
_____
Lawrence C. Ashby (No. 468)
Carolyn Hake (No. 3839)
Andrew D. Cordo (No. 4534)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendant, Xerox Corporation*

Dated: May 11, 2006
169214.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Elena D. Marcuss*
Elena D. Marcuss
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400

Dated: May 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW,<br><br>  Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>  Defendant. | Civil Action No. 1:06-cv-243-JJF |

## ORDER GRANTING
## MOTION FOR ADMISSION PRO HAC VICE OF ELENA D. MARCUSS

The Court having considered the motion for the admission *pro hac vice* of Elena D. Marcuss in the above action; now, therefore,

IT IS HEREBY ORDERED that the motion is GRANTED, and that the foregoing attorney is admitted *pro hac vice*.


Date: _____, 2006        _____
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this the 11th day of May, 2006 a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF ELENA D. MARCUSS** was served upon counsel for the Plaintiff at the address set forth below and in the manner indicated.

<u>VIA ELECTRONIC FILING</u>
Laurence V. Cronin, Esquire
Etta R. Wolfe, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

_____
Andrew D. Cordo