IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW,<br><br>        Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>        Defendant. | Civil Action No. 06-243-JJF |

### NOTICE OF SERVICE

I hereby certify that on June 1, 2006, a copy of the **Defendant's Initial Disclosures**, the **Defendant's First Set of Interrogatories to Plaintiff** and the **Defendant's First Request for Production of Documents to Plaintiff** was served upon counsel for the Plaintiff at the address and in the manner set forth below.

BY U.S. MAIL
Laurence V. Cronin, Esquire
Etta R. Wolfe, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899



Andrew D. Cordo (No. 4534)

169988.1