**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN MCGRAW | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 06-243 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of June, 2006, copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via first class mail on the following:

> Andrew D. Cordo
> Ashby & Geddes
> 222 Delaware Ave., 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

SMITH, KATZENSTEIN & FURLOW LLP

　　　/s/ Laurence V. Cronin　　　
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Plaintiff
John McGraw

Date:   June 8, 2006

10014889.WPD