IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW,<br><br>        Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>        Defendant. | Civil Action No. 06-243-JJF |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants will take the deposition of John McGraw on August 3, 2006 beginning at 9:30 a.m. in the offices of Ashby & Geddes, 222 Delaware Ave., 17th Floor, Wilmington, DE 19899. The deposition will be taken before a notary public or other person duly authorized to administer oaths and be recorded by court reporter. The deposition will continue from day to day until completed.

ASHBY & GEDDES

/s/ Lawrence C. Ashby
_____
Lawrence C. Ashby (No. 468)
Carolyn Hake (No. 3839)
Andrew D. Cordo (No. 4534)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

and

                                    McGUIREWOODS LLP
Robert R. Niccolini
Elena D. Marcuss
7 St. Paul Street, Suite 1000
Baltimore, MD  21202
(410) 659-4400

*Attorneys for the Defendant*
*Xerox Corporation*

Dated: June 26, 2006
170778.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing Notice of Deposition was served upon counsel for the Plaintiff at the address and in the manner set forth below:

<u>BY E-FILING</u>
Laurence V. Cronin, Esquire
Etta R. Wolfe, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

*/s/ Andrew D. Cordo*
Andrew D. Cordo, Esquire