## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MCGRAW | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 06-243 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  Andrew D. Cordo
     Ashby & Geddes
     222 Delaware Ave., 17th Floor
     P.O. Box 1150
     Wilmington, DE 19899

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiff will take the deposition of David Ferretti on August 4, 2006 beginning at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

  /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
Attorneys for Plaintiff

June 30, 2006

10015467.WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2006, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

>Andrew D. Cordo
>Ashby & Geddes
>222 Delaware Ave., 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

    /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)

10015467.WPD