# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MCGRAW | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 06-243 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2006, copies of Plaintiff's Second Request for Production of Documents Directed to Defendant were caused to be served via first class mail on the following:

> Andrew D. Cordo
> Ashby & Geddes
> 222 Delaware Ave., 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

SMITH, KATZENSTEIN & FURLOW LLP

      /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Plaintiff
John McGraw

Date:   June 30, 2006

10015488.WPD