**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN MCGRAW | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 06-243 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July 2006, copies of Plaintiff's Answers to Defendant's First Set of Interrogatories were caused to be served in the manner indicated on the following:

**BY MAIL**
Andrew D. Cordo, Esquire
Ashby & Geddes
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Robert R. Niccolini, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Etta R. Wolfe
Laurence V. Cronin (ID No. 2385)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Plaintiff
John McGraw

Date:   July 17, 2006

10015827.WPD