## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MCGRAW )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XEROX CORPORATION, )<br>)<br>Defendant. ) | C.A. No 06-243 JJF |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July 2006, copies of Plaintiff's Responses to Defendant's First Request for Production of Documents and Property were caused to be served in the manner indicated on the following:

**BY MAIL**
Andrew D. Cordo, Esquire
Ashby & Geddes
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Robert R. Niccolini, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Etta R. Wolfe
Laurence V. Cronin (ID No. 2385)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Plaintiff
John McGraw

Date: July 17, 2006

10015828.WPD