IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW,<br><br>            Plaintiff,<br><br>      v.<br><br>XEROX CORPORATION,<br><br>            Defendant. | Civil Action No. 06-243-JJF |

## NOTICE OF SERVICE

I hereby certify that on July 17, 2006, copies of the **Defendant's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant** and the **Defendant's Responses to Plaintiff's First Request for Production of Documents Directed to Defendant** were served upon counsel for the Plaintiff at the address and in the manner set forth below.

<u>BY U.S. MAIL</u>
Laurence V. Cronin, Esquire
Etta R. Wolfe, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

*/s/Andrew D. Cordo (No. 4534)*
_____
Andrew D. Cordo (No. 4534)

171332.1