IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN McGRAW,

        Plaintiff,

    v.

XEROX CORPORATION,

        Defendant.

Civil Action No. 06-243-JJF

## WITHDRAWAL OF NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Xerox Corporation hereby withdraws its Notice of Deposition, filed on June 26, 2006 (D.I. 9), wherein the deposition of John McGraw was noticed to be taken on August 3, 2006.

ASHBY & GEDDES

*/s/Andrew D. Cordo (#4534)*

Lawrence C. Ashby (No. 468)
Carolyn Hake (No. 3839)
Andrew D. Cordo (No. 4534)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*–and–*

McGUIREWOODS LLP
Robert R. Niccolini
Elena D. Marcuss
7 St. Paul Street, Suite 1000
Baltimore, MD  21202
(410) 659-4400

*Attorneys for Defendant Xerox Corporation*

Dated: July 31, 2006
171704.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, a copy of the foregoing **Withdrawal of Notice of Deposition** was served upon counsel for the Plaintiff at the address and in the manner set forth below:

BY E-FILING
Laurence V. Cronin, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

*/s/Andrew D. Cordo (#4534)*
_____
Andrew D. Cordo, Esquire