UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN McGRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-243-JJF |
| | ) |
| XEROX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, John McGraw and the Defendant, Xerox Corporation, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby DISMISSED WITH PREJUDICE and with each party to bear its own fees and costs incurred in this matter.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

{10017620.DOC}

There are no remaining claims by any party, and thus, this matter is closed.

| ASHBY & GEDDES | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ Andrew D. Cordo | /s/ Etta R. Wolfe |
| Lawrence C. Ashby (No. 468) | Laurence V. Cronin (No. 2385) |
| Carolyn Hake (No. 3839) | Etta R. Wolfe (No. 4164) |
| Andrew D. Cordo (No. 4534) | 800 Delaware Avenue, 7th Floor |
| 222 Delaware Ave., 17th Floor | P.O. Box 410 |
| PO Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 652-8400 – phone |
| 302-654-1888 – phone | (302) 652-8405 - fax |
| | |
| McGUIREWOODS LLP | Counsel for Plaintiff, John McGraw |
| Robert R. Niccolini | |
| Elena D. Marcuss | Dated: September 14, 2006 |
| 7 St. Paul Street, Suite 1000 | |
| Baltimore, MD 21202 | |
| 410-659-4400 | |

Counsel for Defendant Xerox Corporation

Dated: September 14, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Stipulation of Dismissal with Prejudice was caused to be served this 14th day of September 2006 on the following by First Class Mail:

>Andrew D. Cordo
>ASHBY & GEDDES
>222 Delaware Ave., 17th Floor
>PO Box 1150
>Wilmington, DE 19899
>
>and
>
>Elena D. Marcuss
>McGUIREWOODS LLP
>7 St. Paul Street, Suite 1000
>Baltimore, MD 21202

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

10017626.WPD